## DOMIGAN v DOMIGAN

Ohio Appeals, 5th Dist, Delaware Co

Decided Dec 14, 1933

Wendell H. Lilly, Columbus, for plaintiff.
Wickham & Wickham, Delaware, for defendant.

For full opinion see 40 OLR 98; 189 NE 860; 46 Oh Ap 542.